157 A.3d 486

COMMONWEALTH of Pennsylvania, Respondent

v.

Bradley ARNDT, Petitioner

No. 340 MAL 2016

Supreme Court of Pennsylvania.

September 15, 2016

548

## ORDER

PER CURIAM

AND NOW, this 15th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.